194

**Bruce M. MCLAUGHLIN,**
**Plaintiff—Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Department of Veterans Affairs; James D. Shelton, Supervisor; Ted Irby, Team Coach; Jerry Ireland, HRM; Tanya B. Burton, Staff Attorney; Department of Veterans Affairs, Defendants—Appellees.**

No. 06–2283.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 28, 2007.

Bruce M. McLaughlin, Appellant Pro Se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellees.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce M. McLaughlin appeals the district court's adverse grant of summary judgment and dismissal of McLaughlin's action alleging employment discrimination, retaliation, harassment, and ancillary claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McLaughlin v. Principi,* No. 1:05–cv–00203–WLO–WWD, 2006 WL 2850595 (M.D.N.C. Oct. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*